IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD M. SMITH, DONNA SMITH, DOUG SCHRIEBER, SUSAN SCHRIEBER, RODNEY A. HEISE, THOMAS J. WELSH, JAY LAKE, JULIE LAKE, KEITH BREHMER, and RON BRINKMAN,<br><br>        Plaintiffs,<br><br>v.<br><br>MITCH PARKER, In his official capacity as Chairman of the Omaha Tribal Council, BARRY WEBSTER, In his official capacity as Vice-Chairman of the Omaha Tribal Council, AMEN SHERIDAN, In his official capacity as Treasurer of the Omaha Tribal Council, RODNEY MORRIS, In his official capacity as Secretary of the Omaha Tribal Council, ORVILLE CAYOU, In his official capacity as Member of the Omaha Tribal Council, ELEANOR BAXTER, In her official capacity as Member of the Omaha Tribal Council, and ANSLEY GRIFFIN, In his official capacity as Member of the Omaha Tribal Council and as the Omaha Tribe's Director of Liquor Control.<br><br>        Defendants. | Case No. 4:07-cv-03101<br><br><br><br>PLAINTIFFS' MOTION FOR<br>TEMPORARY RESTRAINING ORDER |

      The Plaintiffs, Richard M. Smith, Donna Smith, Doug Schrieber, Susan Schrieber, Rodney A. Heise, Thomas J. Welsh, Jay Lake, Julie Lake, Keith Brehmer, and Ron Brinkman, pursuant to Federal Rule of Civil Procedure 65, respectfully move this Court for a Temporary Restraining Order against all Defendants. Specifically, Plaintiffs ask this Court to enjoin Defendants from enforcing the Omaha Tribe's Beverage Control Ordinance in Pender, Nebraska.

In support of this Motion, the Plaintiffs rely upon their Brief in Support of Motion for Temporary Restraining Order and the evidence filed pursuant to NELR 7.1.

Dated: April 12, 2007

                RICHARD M. SMITH, DONNA SMITH, DOUG SCHRIEBER, SUSAN SCHRIEBER, RODNEY A. HEISE, THOMAS J. WELSH, JAY LAKE, JULIE LAKE, KEITH BREHMER, and RON BRINKMAN, Plaintiffs.

BY:   OGBORN SUMMERLIN & OGBORN, P.C.
       V. GENE SUMMERLIN - 19611
       MARNIE A. JENSEN - 22380
       610 J Street, Suite 200
       Lincoln, NE 68508
       (402) 434-8040
       gene@osolaw.com
       marnie@osolaw.com

BY:   /s/ Marnie A. Jensen
       Marnie A. Jensen - 22380