IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD M. SMITH, DONNA SMITH, DOUG SCHRIEBER, SUSAN SCHRIEBER, RODNEY A HEISE, THOMAS J WELSH, JAY LAKE, JULIE LAKE, KEITH BREHMER, and RON BRINKMAN, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3101 |
| V. | ) ) | |
| MITCH PARKER, In his official capacity as Chairman of the Omaha Tribal Council, BARRY WEBSTER, In his official capacity as Vice-Chairman of the Omaha Tribal Council, AMEN SHERIDAN, In his official capacity as Treasurer of the Omaha Tribal Council, RODNEY MORRIS, In his official capacity as Secretary of the Omaha Tribal Council, ORVILLE CAYOU, In his official capacity as Member of the Omaha Tribal Council, ELEANOR BAXTER, In her official capacity as Member of the Omaha Tribal Council, and ANSLEY GRIFFIN, In his official capacity as Member of the Omaha Tribal Council and as the Omaha Tribe's Director of Liquor Control, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

    I held a status conference telephone call with counsel in the above-entitled case. Although they have not entered their appearance yet, Ben Thompson and Maurice Johnson represented to me that they represent the defendants. The parties advised me that they will be sending me a stipulation and in the interim they agreed that the temporary restraining order should remain in effect. Therefore,

IT IS ORDERED that the temporary restraining order (filing 16) is continued in full force and effect until further order of the court. To the extent that the temporary restraining order (filing 16) previously expired merely because of the passage of time, it is herewith reimposed.

May 1, 2007.                    BY THE COURT:

*S/ Richard G. Kopf*
United States District Judge