```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

RICHARD M. SMITH, et al.,       )
                                )
            Plaintiffs,         )        4:07CV3101
                                )
       v.                       )
                                )
MITCH PARKER, et al.,           )        ORDER
                                )
            Defendants.         )
                                )

IT IS ORDERED:

Defendants' request for additional time to answer, contained in paragraph 4 of the parties' stipulation (filing 29) is granted and the defendants are given until June 18, 2007 to answer or otherwise plead.

DATED this 15th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge