IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD M. SMITH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:07CV3101 |
| | ) | |
| v. | ) | |
| | ) | |
| MITCH PARKER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendants' unopposed motion for extension of time, filing 31, is granted and the parties are given to June 29, 2007 to file their Rule 26 planning conference report.

DATED this 14th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge