THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD M. SMITH, et al., | ) | 4:07CV3101 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MITCH PARKER, In his official | ) | |
| capacity as Chairman of the Omaha | ) | |
| Tribal Council, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties have filed a Joint Stipulation Regarding Scheduling (filing 36) related to the defendants' motion to dismiss (filing 33). Construing the stipulation as a motion, I shall grant the motion.

IT IS ORDERED:

1. The parties' Joint Stipulation Regarding Scheduling (filing 36), construed as a motion, is granted;

2. Plaintiffs shall file their brief in opposition to the defendants' motion to dismiss (filing 33) on or before July 20, 2007;

3. Defendants shall file their reply brief in further support of the defendants' motion to dismiss on or before August 3, 2007;

4. The Clerk of Court shall adjust the court's computerized internal record-keeping system to reflect that the "response due" date for Filing 33 is August 3, 2007.

July 3, 2007.

                                                        BY THE COURT:
                                                        s/ *Richard G. Kopf*
                                                        United States District Judge