```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

RICHARD M. SMITH, et al.,      )
                               )
          Plaintiffs,          )
                               )
     v.                        )
                               )
MITCH PARKER, In his official  )
capacity as Chairman of the    )     4:07CV3101
Omaha Tribal Council, et al.,  )
                               )
          Defendants.          )
                               )              ORDER
```

IT IS ORDERED:

The motion of Benjamin W. Thompson to withdraw as counsel for the defendants, filing 46, is granted.

DATED this 29th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge