## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE STATE OF NEBRASKA

| | | |
|---|---|---|
| RICHARD M. SMITH, et al. | ) | CASE NO. 4:07-cv-03101 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER ON MOTION TO** |
| | ) | **WITHDRAW AS COUNSEL** |
| MITCH PARKER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

Having considered the Motion to Withdraw filed by Maurice Johnson, counsel for Defendants Amen Sheridan, Ansley Griffin, Barry Webster, Eleanor Baxter, Mitch Parker, Orville Cayou, and Rodney Morris, the Court hereby grants the Motion, filing 59, and orders that Maurice Johnson is hereby withdrawn as counsel for Defendants. Defendants will continue to be represented by their counsel of record.

IT IS SO ORDERED.

DATED this 21st day of August, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge