IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD M. SMITH, DONNA SMITH, DOUG SCHRIEBER, SUSAN SCHRIEBER, RODNEY A. HEISE, THOMAS J. WELSH, JAY LAKE, JULIE LAKE, KEITH BREHMER, RON BRINKMAN, and VILLAGE OF PENDER, NEBRASKA, | ) ) ) ) ) ) ) ) ) | 4:07CV3101 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| MITCH PARKER, in his official capacity as Chairman of the Omaha Tribal Council, BARRY WEBSTER, in his official capacity as Vice-Chairman of the Omaha Tribal Council, AMEN SHERIDAN, in his official capacity as Treasurer of the Omaha Tribal Council, RODNEY MORRIS, in his official capacity as Secretary of the Omaha Tribal Council, ORVILLE CAYOU, in his official capacity as member of the Omaha Tribal Council, ELEANOR BAXTER, in her official capacity as member of the Omaha Tribal Council, and ANSLEY GRIFFIN, in his official capacity as member of the Omaha Tribal Council and as the Omaha Tribe's Director of Liquor Control, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

By prior order (filing 53) of this court, the parties in this case are required to file joint status reports with the Clerk of Court beginning January 4, 2008, and every 120 days thereafter. The purpose of these reports is to advise the court of the status of Plaintiffs' exhaustion of remedies in the Omaha Tribal Courts and whether the stay may be lifted. The parties submitted status reports on January 4, 2008 (filing 56); May 2, 2008 (filing 57); August 7, 2008 (filing 58); June 8, 2009 (filing 63); October 6, 2009 (filing 65); February 3, 2010 (filing 67); and June 3, 2010 (filing 68), but the status report due October 4, 2010, has not been filed. I shall order the parties to submit a joint status report within 10 days of the date of this order.

IT IS ORDERED that, within 10 days of the date of this order, the parties shall submit a joint status report advising the court of the status of Plaintiffs' exhaustion of remedies in the Omaha Tribal Courts.

DATED this 18th day of October, 2010.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge