IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD M. SMITH, DONNA SMITH, DOUG SCHRIEBER, SUSAN SCHRIEBER, RODNEY A HEISE, THOMAS J WELSH, JAY LAKE, JULIE LAKE, KEITH BREHMER, RON BRINKMAN, VILLAGE OF PENDER,<br><br>Plaintiffs,<br><br>vs.<br><br>MITCH PARKER, In his official capacity as Chairman of the Omaha Tribal Council; BARRY WEBSTER, In his official capacity as Vice-Chairman of the Omaha Tribal Council; AMEN SHERIDAN, In his official capacity as Treasurer of the Omaha Tribal Council; RODNEY MORRIS, In his official capacity as Secretary of the Omaha Tribal Council; ORVILLE CAYOU, In his official capacity as Member of the Omaha Tribal Council; ELEANOR BAXTER, In her official capacity as Member of the Omaha Tribal Council; and ANSLEY GRIFFIN, In his official capacity as Member of the Omaha Tribal Council and as the Omaha Tribe's Director of Liquor Control;<br><br>Defendants. | 4:07CV3101<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Donald P. Dworak of Stinson Morrison Hecker LLP counsel of record on behalf of Defendants Mitchell Parker, Barry Webster, Amen Sheridan, Rodney Morris, Orville Cayou, Tim Grant, Sterling Walker, Eleanor Baxter, and Ansley Griffin (filing no. 79), is granted.

October 17, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge