IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD M. SMITH, DONNA SMITH, DOUG SCHRIEBER, SUSAN SCHRIEBER, RODNEY A HEISE, THOMAS J WELSH, JAY LAKE, JULIE LAKE, KEITH BREHMER, RON BRINKMAN, and VILLAGE OF PENDER, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3101 |
| V. | ) ) | |
| MITCH PARKER, In his official capacity as Chairman of the Omaha Tribal Council, BARRY WEBSTER, In his official capacity as Vice-Chairman of the Omaha Tribal Council, AMEN SHERIDAN, In his official capacity as Treasurer of the Omaha Tribal Council, RODNEY MORRIS, In his official capacity as Secretary of the Omaha Tribal Council, ORVILLE CAYOU, In his official capacity as Member of the Omaha Tribal Council, ELEANOR BAXTER, In her official capacity as Member of the Omaha Tribal Council, and ANSLEY GRIFFIN, In his official capacity as Member of the Omaha Tribal Council and as the Omaha Tribe's Director of Liquor Control, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

I have read the thorough and thoughtful opinion of Chief Judge Scarmon of the Omaha Tribal Court. (Filing no. 82-1.) I have also read the Joint Status Report and Motion for Status Conference with District Judge. (Filing no. 82.) I agree that a status conference would be helpful. I also agree that the status conference should take up the status of this case including whether this court should lift the pending stay and whether this court should lift the pending temporary restraining order. However, I see no need for a recorded conference and I see no need for counsel to physically appear before me. These matters can be handled by a telephone conference. Therefore,

IT IS ORDERED counsel for the plaintiffs shall place, coordinate and arrange a telephone conference call with counsel for all other parties and the undersigned at 1:00 PM (Central time) on Tuesday, February 19, 2013. The call shall be placed to my chambers' telephone number which is 402.437.1640. The Motion for Status Conference (filing no. 82) is granted as provided herein.

DATED this 15th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge