## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD M. SMITH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | 4:07CV3101 |
| STATE OF NEBRASKA, | ) | |
| | ) | |
| Plaintiff-Intervenor | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MITCH PARKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

After careful consideration of the motions pending in this matter, as well as the applicable law regarding intervention under Fed. R. Civ. P. 24 described in this court's previous Memorandum and Order (Filing 102),

IT IS ORDERED:

1.      The United States' Unopposed Motion to Intervene (Filing 104) is granted;

2.      The United States shall file its Answer to Plaintiffs' Second Amended Complaint, now appearing as Exhibit A in support of its Motion to Intervene (Filing 106-2), within five (5) calendar days of the date of this Order;

3.      Upon the filing of its Answer, The United States shall be included in the case caption as Defendant-Intervenor;

4.     The Joint Motion to Extend Time to File Cross Motions for Summary Judgment (Filing 101) filed by Plaintiffs and Defendants is granted, and such motions shall be filed on or before June 24, 2013;

5.     The State of Nebraska shall contact all counsel (including counsel for the Defendant-Intervenor United States) and my judicial assistant, Kristin Leininger, on Tuesday, June 18, 2013, to schedule a conference call between the undersigned and counsel to discuss a briefing schedule for the intervening parties.

DATED this 17th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.