IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD M. SMITH, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> MITCH PARKER, In his official capacity as Chairman of the Omaha Tribal Council, et al; <br><br> Defendants. | 4:07CV3101 <br><br> **ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Ted J. Lane as counsel of record on behalf of Plaintiff Village of Pender, (filing no. 111), is granted.

June 24, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge