IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD M. SMITH, et al., ) ) Plaintiffs, ) ) and ) ) STATE OF NEBRASKA, ) ) Plaintiff-Intervenor ) ) v. ) ) MITCH PARKER, et al., ) ) Defendants, ) ) and ) ) THE UNITED STATES, ) ) Defendant-Intervenor. ) ) | 4:07CV3101  **ORDER** |

    IT IS ORDERED that the Motion for Leave to File Additional Evidence (Filing 121) filed by the Plaintiff-Intervenor State of Nebraska is granted, and the undersigned will consider Exhibits 2 through 9 filed in support of the motion (Filings 123-2 to 123-9) as part of the record with the understanding that (a) Exhibits 2 through 4 are presented by the State of Nebraska, and (b) Exhibits 5 through 9 are presented by the defendants in rebuttal. The highest quality images of the maps are presented at the URL locations shown in the motion, and the court may view such images over the Internet when reviewing the record.

DATED this 13th day of August, 2013.

>BY THE COURT:
>
>*Richard G. Kopf*
>Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.